FILED
December 17, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002294414

2

WILLIAM G. MALCOLM, #129271
KERRY MOYNIHAN, #250571
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 Telephone
(949) 252-1032 Fax

**Attorneys for Secured Creditor,
CHASE HOME FINANCE, LLC**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 09-41828 |
| SANTIAGO SANCHEZ, | Docket Control No. WGM-1 |
| | CHAPTER 13 |
| Debtor. | HEARING DATE: |
| | DATE: January 5, 2010 |
| | TIME: 1:00 PM |
| | CRTRM: 34 |

**CHASE HOME FINANCE, LLC'S OBJECTION TO CONFIRMATION**

**OF DEBTOR'S CHAPTER 13 PLAN**

**TO THE HONORABLE ROBERT S. BARDWIL, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR'S COUNSEL AND THE DEBTOR:**

Chase Home Finance, LLC ("Chase") is the holder of a secured claim recorded against property in which the Debtor has an interest. Chase is, therefore, a party in interest and has standing to object to the Chapter 13 Plan proposed by the Debtor.

Chase's claim consists of a Promissory Note secured by a Deed of Trust recorded against the real property located at 1155 Indiana Street, Gridley, California which is the Debtor's principal residence. The total amount due and owing under the Promissory Note is $148,661.33 and the amount of pre-petition arrearage owed is $3,458.43. A true and correct copy of Chase's Proof of

Claim is attached and incorporated as Exhibit "1." Chase objects to the Debtor's Plan on the following grounds:

The Debtor's Plan fails to provide for the pre-petition arrears owed to Chase. <u>See</u> Exhibit "1" attached hereto. Since the Plan does not provide for the cure of default, the Debtor's Plan is not feasible and does not satisfy 11 USC § 1322.

Based on the foregoing, Chase respectfully requests that the Court deny confirmation of the Debtor's Chapter 13 Plan or order that the Chapter 13 Plan be amended to provide for payments of Chase's pre-petition arrears as outlined in the attached Exhibit "1."

DATED: December 17, 2009

Respectfully Submitted,

MALCOLM CISNEROS, A Law Corporation

*/s/William G. Malcolm*
WILLIAM G. MALCOLM
Attorney for Secured Creditor,
Chase Home Finance, LLC.