L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE: ) Case No: 09-41828-E-13L
) DCN: NLE-1
)
SANTIAGO SANCHEZ, ) TRUSTEE'S MOTION TO DISMISS
) CASE FOR DELINQUENCY AND
) FAILURE TO TIMELY CONFIRM
) A PLAN
)
) DATE: MARCH 30, 2010
) TIME: 10:00 A.M.
) JUDGE: SARGIS
Debtor(s) ) COURTROOM: 33

LAWRENCE J. LOHEIT, STANDING CHAPTER 13 TRUSTEE, hereby moves the Court for an order dismissing this case pursuant to 11 U.S.C. §1307(c) as:

1. Debtor is $60.96 delinquent under the current plan and the February and March 2010 payments will be due prior to this hearing.

2. Creditor Chase Home Finance's Objection to Confirmation of Plan (WGM-1) was

heard and sustained by this Court on January 5, 2010. No new Motion to Confirm is pending. No amended plan has been filed to date.

WHEREFORE, the Trustee asks that the Court grant an order dismissing this proceeding.

Dated: JANUARY 27, 2010          / S /         NEIL ENMARK
                                           Neil Enmark, Attorney for Trustee