FILED
January 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002375191

2

L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 09-41828-E-13L |
| | ) | DCN: NLE-1 |
| | ) | |
| SANTIAGO SANCHEZ, | ) | NOTICE OF TRUSTEE'S MOTION TO |
| | ) | DISMISS CASE |
| | ) | |
| | ) | DATE: MARCH 30, 2010 |
| | ) | TIME: 10:00 A.M. |
| | ) | JUDGE: SARGIS |
| Debtor(s) | ) | COURTROOM: 33 |

NOTICE IS HEREBY GIVEN, that LAWRENCE J. LOHEIT, Standing Chapter 13 Trustee, has filed with the Court, a Motion to Dismiss Case.

THE MOTION SHALL BE HEARD by the Court at 10:00 A.M. on MARCH 30, 2010, at the United States Courthouse located at 501 "I" Street, 6th Floor, Sacramento, California, in Courtroom 33.

IF YOU DO NOT WANT THE CASE TO BE DISMISSED, you should file a written opposition and appear at the hearing unless the Court removes the matter without oral argument.

You should consult the Court website www.caeb.uscourts.gov for any "Pre-Hearing Disposition" of this matter.

THE HEARING MAY BE CONTINUED on the motion to such date, time, and place as the Court may order, and without additional notice to you unless so ordered by the Court. Your case may be dismissed if you fail to appear and oppose the motion.

PLAN PAYMENTS are not posted by the Trustee until four (4) business days after their receipt. You must either make your payment to the Trustee four (4) business days prior to the hearing or bring your payment to Court on the hearing date.

**WRITTEN OPPOSITION TO THIS MOTION IS REQUIRED**. Any written opposition should be served and filed with the Clerk by the responding party not less than fourteen (14) calendar days preceding the date of this hearing. Copies of any opposition should also be served to the Chapter 13 Trustee at this address:

> L.J. LOHEIT, TRUSTEE
> P.O. Box 1858
> Sacramento, California 95812-1858.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Dated: JANUARY 27, 2010         / S /         NEIL ENMARK
                                Neil Enmark, Attorney for Trustee